[No. 39584-0-I.   Division One.   September 29, 1997.]

*In the Matter of the Marriage of* KIMBAL ANN
BOTHA, *Respondent*, and EDMUND CHRISTOPHER
BOTHA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 92-3-08330-6, George T. Mattson, J., entered
October 10, 1996. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Kennedy, A.C.J., and Cox, J.

[No. 39735-4-I.   Division One.   September 29, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVARO
SERRANO, *Appellant.*

Appeal from a judgment of the Superior Court for Ska-
git County, No. 96-8-00516-3, Susan K. Cook, J. Pro Tem.,
entered October 2, 1997. *Affirmed* by unpublished per
curiam opinion.

[No. 15747-4-III.   Division Three.   September 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN M.
ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 96-1-00040-1, John E. Bridges, J.,
entered April 29, 1996. *Affirmed* by unpublished opinion
per Kurtz, J., concurred in by Schultheis, A.C.J., and
Thompson, J.

[No. 15928-1-III.   Division Three.   September 30, 1997.]

MAX L. DUDLEY, *Respondent*, v. PRICE COLD STORAGE
& PACKING COMPANY, INC., *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 94-2-01425-0, Heather K. Van Nuys,
J., entered March 15, 1996. *Affirmed* by unpublished
opinion per Schultheis, J., concurred in by Sweeney, C.J.,
and Thompson, J.